UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARTIN MEANEY,

                    Plaintiff,

    v.                                                  Civil Action No.: 3:10-CV-00070
                                                          (TJM/DEP)

VILLAGE OF JOHNSON CITY and
DENNIS HANNON,

                    Defendants.

---

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action, including all claims and cross-claims, shall be and is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

**DATED:** October 22, 2010

HINMAN, HOWARD & KATTELL, LLP

By: _____
        Paul T. Sheppard
Bar Roll No.: 102596
Attorneys for Plaintiff, MARTIN MEANEY
700 Security Mutual Building
80 Exchange Street
Binghamton, New York 13902
Telephone: (607) 723-5341

**DATED:** October 28, 2010

PETRONE & PETRONE, P.C.

By: _____
        David H. Walsh IV
Bar Roll No.: 512032
Attorneys for Defendant, DENNIS HANNON
108 West Jefferson Street
Suite 305
Syracuse, New York 13202
Telephone: (315) 476-0104

**DATED:** October 25, 2010

GOLDBERG SEGALLA LLP

By: _____
        David E. Leach
Bar Roll No.: 507434
Attorneys for Defendant, VILLAGE OF JOHNSON CITY
5789 Widewaters Parkway
Syracuse, New York 13214
Telephone: (315) 413-5400     **SO ORDERED:**

                                        **DATED:** October ___, 2010

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: October 28, 2010